**Order entered July 21, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00811-CV

### IN RE KAMAURIS DEVONTAY JOHNSON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-72084-U**

## ORDER

Before Justices Lang-Miers, Evans, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's July 12, 2017 petition

for writ of mandamus for want of jurisdiction.


/s/     DAVID EVANS
         JUSTICE